Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ALLISON J. DERNBACH, *an individual*
PLAINTIFF

vs

CHEROKEE MEDICAL SERVICES, LLC, an Oklahoma Limited Liability Company, DEPARTMENT OF THE UNITED STATES NAVY, THE HONORABLE ROBERT M. GATES, Secretary of the U.S. Department of Defense, (See Attached)

DEFENDANTS

FILED
2008 AUG 21 PM 12: 45
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No. 08 CV 1517 L POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joseph N. Casas, Tamara M. Craft, J. Scott Schaller
Casas Law Group, P.C.
2323 Broadway, Ste. 202
San Diego, CA 92102

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

By _____, Deputy Clerk

AUG 21 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

THE HONORABLE DONALD C. WINTER, Secretary of the U.S. NAVY, LIEUTENANT MUHAMMED A. OZEROGLU, an individual, and DOES 1 Through 10 Inclusive.   DEFENDANTS